

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00477-CV

**In the Interest of F.B.C.L.**, B.A.I.L., L.K.A.L., and J.J.W.L, Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01116
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs are assessed against the party that incurred them. *See* TEX. R. APP. P. 43.4.

SIGNED April 28, 2021.

_____
Lori I. Valenzuela, Justice